NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANGELICA L. VINESAR, MARIUS VINESAR, AS BEST FRIENDS OF THEIR DAUGHTER, A.V.,**
*Petitioners-Appellants*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

---

2024-1787

---

Appeal from the United States Court of Federal Claims in No. 1:18-vv-00440-EDK, Judge Elaine Kaplan.

---

Decided:  October 17, 2025

---

JOHN FRANCIS MCHUGH, New York, NY, argued for petitioners-appellants.

JULIA COLLISON, Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee.  Also represented by BRIAN M. BOYNTON, C. SALVATORE D'ALESSIO, VORIS EDWARD JOHNSON, JR., HEATHER LYNN PEARLMAN.

---

Before PROST, TARANTO, and STARK, *Circuit Judges.*

PER CURIAM.

Angelica and Marius Vinesar, on behalf of their minor child ("A.V."), appeal the judgment of the U.S. Court of Federal Claims sustaining a special master's denial of their petition for compensation under the National Vaccine Injury Compensation Program. *Vinesar v. Sec'y of Health & Human Servs.*, 170 Fed. Cl. 681 (2024). On appeal, the Vinesars challenge the Court of Federal Claims' determination that the Vinesars failed to demonstrate that A.V.'s vaccination caused or significantly aggravated her seizure disorder.

Relying largely on the Court of Federal Claims' thorough and detailed analysis of the facts and law, we affirm.

## AFFIRMED

### COSTS

No costs.